# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> v. <br><br> DREW RANKIN, <br> JAMES SULLIVAN, and <br> JOHN BILDA. | No. 3:18-cr-00272-JAM <br><br><br> April 4, 2023 |

### DREW RANKIN'S MOTION TO SEAL

Pursuant to Local Rule of Criminal Procedure 57(b), Defendant Drew Rankin moves to seal an unredacted version of his Sentencing Memorandum. The Sentencing Memorandum contains a redaction of private information about a third party. The redaction is essential to preserve the third party's privacy interests and is narrowly tailored to serve that interest. *See United States v. Amodeo*, 71 F.3d 1044, 1050-51 (2d Cir. 1995) ("The privacy interests of innocent third parties should weigh heavily in a court's balancing equation. Such interests, while not always fitting comfortably under the rubric 'privacy,' are a venerable common law exception to the presumption of access." (cleaned up; citations omitted)).

WHEREFORE, Defendant Rankin moves to seal an unredacted copy of his Sentencing Memorandum.

Respectfully submitted,

*/s Craig A. Raabe*

Craig A. Raabe (ct04116)
Christopher M. Barrett (ct30151)
Izard, Kindall & Raabe, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
(860) 493-6292 Office
craabe@ikrlaw.com
cbarrett@ikrlaw.com
*Attorneys for Drew Rankin*

1